```
SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>          Plaintiff,<br><br>     vs.<br><br>Gloria M. Anthony, et al<br><br>          Defendants | Case No. **2:06-cv-02343-WBS-DAD**<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: December 18, 2006<br>Time: 9:00 am<br>Courtroom: 5 |

    Plaintiff, Scott N. Johnson, and Defendant Gloria M. Anthony, by and through their designated counsel of record, (Scott N. Johnson; Sandra L. Sava) hereby stipulate to an extension of time in which to continue the status conference from December 18, 2006 to February 12, 2007. Plaintiff electronically filed an extension up to and including December 29, 2006 for the Defendant to respond to the complaint. A continuance to February 12, 2007 for the status conference will give the Defendants ample time to

STIPUALTION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-06-cv-02343-WBS-DAD - 1

PDF created with pdfFactory trial version www.pdffactory.com

respond and will give the Plaintiff's attorney and Defendants attorney time to engage in settlement discussions.

Dated:  December 1, 2006        /s/Scott N. Johnson _____

                                Scott N. Johnson,

                                Plaintiff, In Pro Per


Dated: December 1, 2006         /s/Sandra l. Sava_____

                                Sandra L. Sava,

                                Attorney for Defendant

                                Gloria M. Anthony

**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to **February 12, 2007 at 1:30 p.m.**

Date: December 5, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com